IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:17-cv-00004-FL

| | |
|---|---|
| SAVE OUR SOUND OBX, INC., THOMAS ASCHMONEIT, RICHARD AYELLA, DAVID HADLEY, MARK HAINES, JER MEHTA, and GLENN STEVENS,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF TRANSPORTATION; FEDERAL HIGHWAY ADMINISTRATION; JOHN F. SULLIVAN, III, DIVISION ADMINISTRATOR, FEDERAL HIGHWAY ADMINISTRATION; and JAMES TROGDON, SECRETARY, NORTH CAROLINA DEPARTMENT OF TRANSPORTATION,<br><br>Defendants. | **ORDER ON UNOPPOSED MOTION TO INTERVENE**<br>Fed. R. Civ. Pro. 24(a)(2) and 24(b) |

On March 3, 2016, Defenders of Wildlife ("Defenders") and the National Wildlife Refuge Association (the "Refuge Association") (collectively the "Conservation Groups") moved to intervene as defendants pursuant to Fed. R. Civ. Pro. 24(a)(2) and 24(b). The Conservation Groups' Motion was unopposed. After considering the Conservation Groups' Motion and their supporting memorandum and the arguments set forth therein, the Court finds that Conservation Groups are entitled to intervene in this action as of right pursuant to Federal Rule of Civil Procedure 24(a)(2) and, therefore, **IT IS HEREBY ORDERED** that:

1. The Conservation Groups' Unopposed Motion to Intervene is **GRANTED**. The Conservation Groups shall be Defendant-Intervenors in this action.

2. The Proposed Answer [D.E. 19, Attachment 7], Proposed Motion for Partial Dismissal [D.E. 19, Attachment 8], and Memorandum in Support of Motion for Partial Dismissal [D.E. 19, Attachment 9] provided with Conservation Groups' Unopposed Motion to Intervene now shall be filed separately on the docket by the movant.

Ordered this the 7th day of March, 2017.

_____
The Honorable Louise W. Flanagan
United States District Judge

2
Case 2:17-cv-00004-FL   Document 24   Filed 03/07/17   Page 2 of 4

Respectfully submitted, this the 7th day of March.

    SOUTHERN ENVIRONMENTAL LAW CENTER
    By: /s/ Kimberley C. Hunter
    Kimberley C. Hunter
      N.C. State Bar No. 41333
    Derb S. Carter
      N.C. State Bar No. 10644
    Nicholas S. Torrey
      N.C. State Bar No. 43382
    601 West Rosemary Street, Suite 220
    Chapel Hill, N.C. 27516-2356
    Telephone: (919) 967-1450
    Facsimile: (919) 929-9421
    khunter@selcnc.org
    dcarter@selcnc.org
    ntorrey@selcnc.org
    *Attorneys for Defenders of Wildlife*
    *and National Wildlife Refuge Association*

# CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of March, 2017, I have served the foregoing Proposed Order on Unopposed Motion to Intervene on the parties listed below by electronically filing it with the Clerk of Court on this date using the CM/ECF system, which will send notification of such filing to, and pursuant to Local Civil Rule 5.1(e) shall constitute service upon, the following:

| | |
|---|---|
| Michael K. Murphy<br>GIBSON, DUNN & CRUTCHER, LLP<br>1050 Connecticut Ave., N.W.<br>Washington, D.C. 20036<br>Phone: (202) 955-8500<br>Fax: (202) 530-9657<br>MMurphy@gibsondunn.com<br>D.C. Bar No. 468907<br>Counsel for Plaintiffs | Zia C. Oatley<br>OATLEY LAW<br>1710 Lake Valley Trail<br>Chapel Hill, N.C. 27517<br>Phone: (202) 550-3332<br>Fax: (202) 530-9657<br>Ziacromer@gmail.com<br>N.C. Bar No. 44664<br>Local Civil Rule 83.1 Counsel for Plaintiffs |
| Colin Justice, Assistant Attorney General<br>NC DEPARTMENT OF JUSTICE<br>TRANSPORTATION SECTION<br>1505 Mail Service Center<br>Raleigh, N.C. 27699-1505<br>Phone: (919) 707-4480<br>Fax: (919) 733-9329<br>cjustice@ncdoj.gov<br>N.C. State Bar No. 42965<br>Counsel for State Defendants | John G. Batherson<br>N.C. DEPARTMENT OF JUSTICE<br>TRANSPORTATION SECTION<br>1505 Mail Service Center<br>Raleigh, N.C. 27699-1505<br>Phone: (919) 707-4480<br>Fax: (919) 715-3870<br>jbatherson@ncdoj.gov<br>N.C. Bar No. 48985<br>Counsel for State Defendants |

      I further certify that on this 7th day of March, 2017, I have served the foregoing Proposed Order on Unopposed Motion to Intervene on the Federal Defendants by placing a copy in the United States mail, first-class postage prepaid, addressed as follows:

Emily Meeker
U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
Counsel for Federal Defendants

                                                /s/ Kimberley C. Hunter
                                                Kimberley C. Hunter
                                                *Attorney for Defenders of Wildlife*
                                                *and National Wildlife Refuge Association*

4
Case 2:17-cv-00004-FL   Document 24   Filed 03/07/17   Page 4 of 4