IN THE EASTERN DISTRICT OF NORTH CAROLINA

EASTERN DIVISION
NO. 2:17-CV-00004-FL

| | |
|---|---|
| SAVE OUR SOUND OBX, INC., THOMAS ASCHMONEIT, RICHARD AYELLA, DAVID HADLEY, MARK HAINES, JER MEHTA, and GLENN STEVENS,<br><br>    Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF TRANSPORTATION; JAMES H. TROGDON III, SECRETARY, NCDOT; FEDERAL HIGHWAY ADMINISTRATION; and JOHN F. SULLIVAN, DIVISION ADMINISTRATOR, FHWA,<br><br>    Defendants. | **STATE DEFENDANTS' RESPONSE TO TEXT ORDER TO SHOW CAUSE REGARDING STATE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' NORTH CAROLINA ENVIRONMENTAL POLICY ACT CLAIM (COMPLAINT - COUNT III)** |

State Defendants North Carolina Department of Transportation ("NCDOT") and James H. Trogdon III, Secretary of NCDOT, by and through counsel, hereby respond to the Court's March 16, 2017 Text Order to Show Cause, and represent that the Court should terminate as moot State Defendants' Motion to Dismiss Count III of Plaintiffs' Complaint (Doc. No. 15) as a result of the exclusion of that Count in the Plaintiffs' First Amended Complaint (Doc. No. 28).

Respectfully submitted this 16th day of March, 2017.

                                                JOSH STEIN
                                              ATTORNEY GENERAL

                                              /s/ John G. Batherson
                                              Special Deputy Attorney General
                                              NC Department of Justice, Transportation Section
                                              1505 Mail Service Center

Raleigh, NC 27699-1505
Phone: (919) 707-4480
Fax: (919) 733-9329
jbatherson@ncdoj.gov
NC State Bar No. 48985

ATTORNEY FOR STATE DEFENDANTS

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

ATTORNEYS FOR PLAINTIFFS

Michael K. Murphy
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel: (202) 955-8500
Fax: (202) 530-9657
MMurphy@gibsondunn.com

Zia C. Oatley
OATLEY LAW
1710 Lake Valley Trail
Chapel Hill, NC 27517
Tel: (202) 550-3332
Fax: (202) 530-9657
Ziacromer@gmail.com

ATTORNEYS FOR INTERVENORS:

Kimberley Hunter
Derb S. Carter
Nicholas S. Torrey
SOUTHERN ENVIRONMENTAL LAW CENTER
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516
Telephone: (919) 967-1450
Facsimile: (919) 929-9421
khunter@selcnc.org
dcarter@selcnc.org
ntorrey@selcnc.org

    /s/ John G. Batherson
    John G. Batherson
    Special Deputy Attorney General