# EXHIBIT 2

About page:

