IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:17-CV-00004-FL

| | |
|---|---|
| SAVE OUR SOUND OBX, INC., THOMAS ASCHMONEIT, RICHARD AYELLA, DAVID HADLEY, MARK HAINES, JER MEHTA, and GLENN STEVENS,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, JAMES H. TROGDON, III, in his official capacity as Secretary of the North Carolina Department of Transportation, FEDERAL HIGHWAY ADMINISTRATION, and JOHN F. SULLIVAN, III, in his official capacity as Division Administrator for the Federal Highway Administration,<br><br>Defendants,<br><br>and<br><br>DEFENDERS OF WILDLIFE and NATIONAL WILDLIFE REFUGE ASSOCIATION,<br><br>Defendant-Intervenors. | PLAINTIFFS' MOTION TO COMPEL COMPLETION OF THE ADMINISTRATIVE RECORD<br><br>[FED. R. CIV. P. 7(b) AND LOCAL RULE 7.1] |

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Civil Rule 7.1, and in accordance with the Amended Scheduling Order entered in this case, D.E. 58, Plaintiffs hereby respectfully move the Court for an Order directing Defendants to complete the certified Administrative Record filed in this case by adding all non-privileged documents regarding settlement negotiations between Defendants and Defendant-Intervenors in *Defenders of Wildlife v. North Carolina Department of Transportation*, No. 2:11-CV-35 (E.D.N.C.), to which

Defendant Federal Highway Administration ("FHWA") was a party or that were in FHWA's possession prior to April 30, 2015. This includes all settlement-related communications between FHWA and Defendant-Intervenors, the North Carolina Department of Transportation, or other government agencies involved in the Bonner Bridge Replacement Project. In the alternative, Plaintiffs respectfully move the Court for an Order directing Defendants to produce these documents so that the Court may consider them as extra-record evidence. For the reasons set forth in the attached memorandum of law in support of this motion, Plaintiffs respectfully request that the Court grant this motion.

Dated: August 28, 2017

Respectfully submitted,

/s/ Michael K. Murphy
Michael K. Murphy
  D.C. Bar No. 468907
  MMurphy@gibsondunn.com
Bryson C. Smith
  D.C. Bar No. 1025120
  BSmith@gibsondunn.com
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel: (202) 955-8500
Fax: (202) 530-9657
Counsel for Plaintiffs

/s/ Zia C. Oatley
Zia C. Oatley
OATLEY LAW
1710 Lake Valley Trail
Chapel Hill, NC 27517
Tel: (202) 550-3332
Fax: (202) 530-9657
Ziacromer@gmail.com
NC Bar No. 44664
Local Civil Rule 83.1 Counsel for Plaintiffs

2
Case 2:17-cv-00004-FL   Document 60   Filed 08/28/17   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2017, I electronically filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing, and pursuant to Local Civil Rule 5.1(e), shall constitute service upon, the following:

John G. Batherson
Colin Justice
North Carolina Department of Justice
1505 Mail Service Center
Raleigh, NC 27699
*Counsel for Defendants North Carolina Department of*
*Transportation and James H. Trogdon, III,*
*in his official capacity as Secretary of NCDOT*

Carter Fleeth Thurman
U.S. Department of Justice
601 D Street NW
Washington, D.C. 20001
*Counsel for Defendants Federal Highway Administration and*
*John F. Sullivan, III, in his official capacity as Division Administrator*
*of FHWA*

Derb S. Carter, Jr.
Kimberley Hunter
Nicholas S. Torrey
Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516-2356
*Counsel for Defendant-Intervenors Defenders of Wildlife and*
*National Wildlife Refuge Association*

This the 28th day of August, 2017.

                                                    /s/ Bryson C. Smith
                                                  Bryson C. Smith