IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:17-CV-00004-FL

| | |
|---|---|
| SAVE OUR SOUND OBX, INC., THOMAS ASCHMONEIT, RICHARD AYELLA, DAVID HADLEY, MARK HAINES, JER MEHTA, and GLENN STEVENS,<br><br>    Plaintiffs,<br><br>    v.<br><br>NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, JAMES H. TROGDON, III, in his official capacity as Secretary of the North Carolina Department of Transportation, FEDERAL HIGHWAY ADMINISTRATION, and JOHN F. SULLIVAN, III, in his official capacity as Division Administrator for the Federal Highway Administration,<br><br>    Defendants,<br><br>and<br><br>DEFENDERS OF WILDLIFE and NATIONAL WILDLIFE REFUGE ASSOCIATION,<br><br>    Defendant-Intervenors. | [PLAINTIFFS' PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL COMPLETION OF THE ADMINISTRATIVE RECORD |

    Upon consideration of the briefs, exhibits, and all materials filed in support of and in opposition to Plaintiffs' motion to compel completion of the Administrative Record, it is hereby ORDERED that Plaintiffs' motion is GRANTED. Defendants are hereby ORDERED to complete the Administrative Record by adding all non-privileged documents regarding settlement negotiations in *Defenders of Wildlife v. North Carolina Department of Transportation*, No. 2:11-CV-35 (E.D.N.C.), to which Defendant Federal Highway Administration ("FHWA") was a party or that were in FHWA's possession prior to April 30, 2015. This includes all settlement-related communications between FHWA and Defendant-

1

Intervenors, the North Carolina Department of Transportation, or other government agencies involved in the Bonner Bridge Replacement Project.

SO ORDERED, this ____ day of _____, 2017.

_____
LOUISE W. FLANAGAN
United States District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2017, I electronically filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing, and pursuant to Local Civil Rule 5.1(e), shall constitute service upon, the following:

John G. Batherson
Colin Justice
North Carolina Department of Justice
1505 Mail Service Center
Raleigh, NC 27699
***Counsel for Defendants North Carolina Department of
Transportation and James H. Trogdon, III,
in his official capacity as Secretary of NCDOT***

Carter Fleeth Thurman
U.S. Department of Justice
601 D Street NW
Washington, D.C. 20001
***Counsel for Defendants Federal Highway Administration and
John F. Sullivan, III, in his official capacity as Division Administrator
of FHWA***

Derb S. Carter, Jr.
Kimberley Hunter
Nicholas S. Torrey
Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516-2356
***Counsel for Defendant-Intervenors Defenders of Wildlife and
National Wildlife Refuge Association***

This the 28th day of August, 2017.

                                                /s/ Bryson C. Smith
                                                Bryson C. Smith