IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:17-CV-00004-FL

| | |
|---|---|
| SAVE OUR SOUND OBX, INC., THOMAS ASCHMONEIT, RICHARD AYELLA, DAVID HADLEY, MARK HAINES, JER MEHTA, and GLENN STEVENS,<br><br>          Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, JAMES H. TROGDON, III, in his official capacity as Secretary of the North Carolina Department of Transportation, FEDERAL HIGHWAY ADMINISTRATION, and JOHN F. SULLIVAN, III, in his official capacity as Division Administrator for the Federal Highway Administration,<br><br>          Defendants,<br><br>and<br><br>DEFENDERS OF WILDLIFE and NATIONAL WILDLIFE REFUGE ASSOCIATION,<br><br>          Defendant-Intervenors. | **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Fed. R. Civ. P. 56; Local Civil Rules 7.1, 56.1] |

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs Save Our Sound OBX, Inc., Thomas Aschmoneit, Richard Ayella, David Hadley, Mark Haines, Jer Mehta, and Glenn Stevens hereby move the Court to enter summary judgment in Plaintiffs' favor on all claims for relief in Plaintiffs' Second Amended Complaint. For the reasons provided in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment, Plaintiffs

1

respectfully submit that the Administrative Record establishes that Defendants violated the National Environmental Policy Act, codified as 42 U.S.C. §§ 4321 *et seq.*, Section 4(f) of the Department of Transportation Act of 1966, codified as 49 U.S.C. § 303 and 23 U.S.C. § 138, and Section 106 of the National Historic Preservation Act, codified as 54 U.S.C. § 306108, and acted arbitrarily and capriciously in violation of the Administrative Procedure Act in issuing the Record of Decision and its supporting documents for Phase IIb of the Bonner Bridge Replacement Project.

Dated: January 10, 2018

Respectfully submitted,

/s/ Michael K. Murphy
Michael K. Murphy
  D.C. Bar No. 468907
  MMurphy@gibsondunn.com
Bryson C. Smith
  D.C. Bar No. 1025120
  BSmith@gibsondunn.com
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel: (202) 955-8500
Fax: (202) 530-9657
Counsel for Plaintiffs

/s/ Zia C. Oatley
Zia C. Oatley
KEAN MILLER, LLP
909 Poydras Street
Suite 3600
New Orleans, LA 70112
Tel: (504) 620-3346
Fax: (504) 620-3198
Zia.Oatley@keanmiller.com
NC Bar No. 44664
Local Civil Rule 83.1 Counsel for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2018, I electronically filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing, and pursuant to Local Civil Rule 5.1(e), shall constitute service upon, the following:

John G. Batherson
Colin Justice
North Carolina Department of Justice
1505 Mail Service Center
Raleigh, NC 27699
***Counsel for Defendants North Carolina Department of***
***Transportation and James H. Trogdon, III,***
***in his official capacity as Secretary of NCDOT***

Carter Fleeth Thurman
Neal Fowler
U.S. Department of Justice
601 D Street NW
Washington, D.C. 20001
***Counsel for Defendants Federal Highway Administration and***
***John F. Sullivan, III, in his official capacity as Division Administrator***
***of FHWA***

Derb S. Carter, Jr.
Kimberley Hunter
Nicholas S. Torrey
Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516-2356
***Counsel for Defendant-Intervenors Defenders of Wildlife and***
***National Wildlife Refuge Association***

This the 10th day of January, 2018.

                                                /s/ Bryson C. Smith
                                                Bryson C. Smith