# Exhibit A

**Smith, Bryson C.**

| | |
|---|---|
| **From:** | Batherson, John <Jbatherson@ncdoj.gov> |
| **Sent:** | Thursday, February 8, 2018 2:45 PM |
| **To:** | Smith, Bryson C.; Murphy, Michael K.; Thurman, Carter (ENRD); 'Gregg, Ragu-Jara "Juge" (ENRD)'; 'Andotra, Michelle (FHWA)'; Kym Hunter; Nick Torrey |
| **Cc:** | Justice, Colin; Cozart, Mollie |
| **Subject:** | SOS OBX, Inc. v. NCDOT et al. |

Counsel,

I wanted to give you an update that is pertinent to the above captioned matter.

As you are aware, NCDOT's contractor, Flatiron Construction Corporation, included a proposal for a possible means of delivering construction equipment and materials via barge to the emergency ferry ramp in Rodanthe and developing an associated haul road. After further consideration, NCDOT and Flatiron have determined that the logistics for barge transport of bridge materials due to the shallow water depths and necessity of dredging in Pamlico Sound near and at the ferry ramp basin, and other factors, make use of the emergency ferry ramp and the associated haul road impractical. NCDOT and Flatiron have decided not to pursue modifications to the Rodanthe emergency ferry ramp and associated haul road.

Please let me know if you have any questions.



**John G. Batherson**
Special Deputy Attorney General
Transportation Division
Phone: (919) 707-4480
Email: jbatherson@ncdoj.gov
1505 Mail Service Center, Raleigh, NC 27699-1505
ncdoj.gov

Please note messages to or from this address may be public records.