UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

SAVE OUR SOUND OBX, INC.;
THOMAS ASCHMONEIT; RICHARD
AYELLA; DAVID HADLEY;
MARK HAINES; JER MEHTA; and
GLENN STEVENS,

  Plaintiffs,

v.

NORTH CAROLINA DEPARTMENT OF
TRANSPORTATION; JAMES H.
TROGDON, III, in his official capacity as
Secretary of the North Carolina
Department of Transportation; FEDERAL
HIGHWAY ADMINISTRATION; and
JOHN F. SULLIVAN, III, in his official
capacity as Division Administrator for the
Federal Highway Administration,

  Defendants,

 and

DEFENDERS OF WILDLIFE; and
NATIONAL WILDLIFE REFUGE
ASSOCIATION,

  Intervenor-Defendants.

**JUDGMENT**

No. 2:17-CV-4-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiffs' motion for preliminary injunction, defendants' motion to dismiss for lack of jurisdiction, intervenor-defendants' motion to dismiss for failure to state a claim and motion to dismiss for lack of jurisdiction, plaintiffs' motion for summary judgment and defendants' and intervenor-defendants' motions for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered August 30, 2017, March 30, 2018, and June 4, 2018, and for the reasons set forth more specifically therein, that plaintiffs' motion for preliminary injunction is denied, defendants' motion to dismiss for lack of jurisdiction is denied, intervenor-defendants' motion to dismiss for failure to state a claim

and motion to dismiss for lack of jurisdiction is denied, plaintiffs' motion for summary judgment is denied, and defendants' and intervenor-defendants' motions for summary judgment are granted.

**This Judgment Filed and Entered on June 4, 2018, and Copies To:**

Michael K. Murphy  (via CM/ECF Notice of Electronic Filing)
Zia C. keanOatley (via CM/ECF Notice of Electronic Filing)
Scott T. Slusser (via CM/ECF Notice of Electronic Filing)
Colin Justice (via CM/ECF Notice of Electronic Filing)
Mollie McQueen Cozart (via CM/ECF Notice of Electronic Filing)
Carter Fleeth Thurman (via CM/ECF Notice of Electronic Filing)
Neal Fowler (via CM/ECF Notice of Electronic Filing)
Derb S. Carter, Jr. (via CM/ECF Notice of Electronic Filing)
Kimberley Hunter (via CM/ECF Notice of Electronic Filing)
Nicholas S. Torrey (via CM/ECF Notice of Electronic Filing)

June 4, 2018                           PETER A. MOORE, JR., CLERK

                                               /s/ Susan W. Tripp
                                              (By) Susan W. Tripp, Deputy Clerk