IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:17-CV-00004-FL

| | |
|---|---|
| SAVE OUR SOUND OBX, INC., THOMAS ASCHMONEIT, RICHARD AYELLA, DAVID HADLEY, MARK HAINES, JER MEHTA, and GLENN STEVENS, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, JAMES H. TROGDON, III, in his official capacity as Secretary of the North Carolina Department of Transportation, FEDERAL HIGHWAY ADMINISTRATION, and JOHN F. SULLIVAN, III, in his official capacity as Division Administrator for the Federal Highway Administration, <br><br> Defendants, <br><br> and <br><br> DEFENDERS OF WILDLIFE and NATIONAL WILDLIFE REFUGE ASSOCIATION, <br><br> Defendant-Intervenors. | PLAINTIFFS' MOTION FOR AN INJUNCTION PENDING APPEAL <br><br> [Fed. R. Civ. P. 62(c)] |

Pursuant to Federal Rule of Civil Procedure 62(c), and for the reasons provided in the accompanying memorandum of law, Plaintiffs Save Our Sound OBX, Inc., Thomas Aschmoneit, Richard Ayella, David Hadley, Mark Haines, Jer Mehta, and Glenn Stevens respectfully move the Court to enjoin the Defendants from performing construction authorized by the Record of Decision pending resolution of their forthcoming appeal to the Fourth Circuit.

1

Dated: June 7, 2018					Respectfully submitted,

/s/ Michael K. Murphy
Michael K. Murphy
  D.C. Bar No. 468907
  MMurphy@gibsondunn.com
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel: (202) 955-8500
Fax: (202) 530-9657
Counsel for Plaintiffs

/s/ Zia C. Oatley
Zia C. Oatley
KEAN MILLER, LLP
909 Poydras Street
Suite 3600
New Orleans, LA 70112
Tel: (504) 620-3346
Fax: (504) 620-3198
Zia.Oatley@keanmiller.com
NC Bar No. 44664
Local Civil Rule 83.1 Counsel for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2018, I electronically filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing, and pursuant to Local Civil Rule 5.1(e), shall constitute service upon, the following:

John G. Batherson
Colin Justice
North Carolina Department of Justice
1505 Mail Service Center
Raleigh, NC 27699
*Counsel for Defendants North Carolina Department of*
*Transportation and James H. Trogdon, III,*
*in his official capacity as Secretary of NCDOT*

Carter Fleeth Thurman
Neal Fowler
U.S. Department of Justice
601 D Street NW
Washington, D.C. 20001
*Counsel for Defendants Federal Highway Administration and*
*John F. Sullivan, III, in his official capacity as Division Administrator*
*of FHWA*

Derb S. Carter, Jr.
Kimberley Hunter
Nicholas S. Torrey
Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516-2356
*Counsel for Defendant-Intervenors Defenders of Wildlife and*
*National Wildlife Refuge Association*

This the 7th day of June, 2018.

/s/ Zia C. Oatley
Zia C. Oatley