FILED: June 8, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1649
(2:17-cv-00004-FL)

_____

SAVE OUR SOUND OBX, INC.; MARK HAINES; JER MEHTA; GLENN STEVENS; DAVID HADLEY; THOMAS ASCHMONEIT; RICHARD AYELLA

   Plaintiffs - Appellants

v.

NORTH CAROLINA DEPARTMENT OF TRANSPORTATION; FEDERAL HIGHWAY ADMINISTRATION; JOHN F. SULLIVAN, III, in his official capacity as Division Administrator for the Federal Highway Administration; JAMES H. TROGDON, III, in his official capacity as Secretary of the North Carolina Department of Transportation

   Defendants - Appellees

and

DEFENDERS OF WILDLIFE; NATIONAL WILDLIFE REFUGE ASSOCIATION

   Intervenors/Defendants

___

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of North Carolina at Elizabeth City |

| | |
|---|---|
| Originating Case Number | 2:17-cv-00004-FL |
| Date notice of appeal filed in originating court: | 06/07/2018 |
| Appellant (s) | SAVE OUR SOUND OBX, INC., et al |
| Appellate Case Number | 18-1649 |
| Case Manager | Michael Radday<br>804-916-2702 |